Western Sand and Gravel Company, Plaintiff-Appellee, v. Town of Cornwall, Henry County, Illinois, Defendant; Charles Sears, as Treasurer of Road and Bridge Fund of Town of Cornwall, Charles Sears, Individually, Defendants; Martin Farnam, as Treasurer of Road and Bridge Fund of Town of Cornwall, Appellant.

Gen. No. 10,833.

Second District.

August 9, 1955.

Released for publication August 29, 1955.

Shaw & Chamberlain, for appellant; Andrews & Andrews, and Welch & Welch, for appellee. Opinion by JUSTICE CROW. Not to be published in full.